February 21, 2017

The Honorable Judge Samuel H. Mays
Western District of Tennessee
167 North Main Street
Memphis, TN 38103

Dear Judge Mays:

My name is Alice Marie Johnson and my attorney is Marcia G. Shein. On February 3, 2017, Ms. Shein filed a motion on my behalf in your honorable court for a sentence reduction pursuant to 18 U.S.C. section 3582(c)(2) in reference to my criminal case no. 94-20256-02.

Judge Mays I'm writing to you to express my deep remorse for the crime that I committed over 20 years ago. I made some bad choices which have not only affected my life, but have impacted my entire family. You were not the presiding judge in my case, but I'm asking you, this court, and all parties involved for your forgiveness. I have truly tried to make amends to society by positively affecting my environment in prison and becoming of service to others.

My prison records will attest to the woman who I am today. I am a completely changed woman from the one who was convicted on October 31, 1996 and later sentenced to life in prison. On day one of my incarceration I took a close look at the mess that I had made out of my life. There is absolutely no excuse for what I did. Prior to becoming involved in criminal activities I had worked all of my life and tried to be a good mother to my five children. Early in life I had overcome many obstacles. I became a teenage mother at 15 years old, but still graduated from high school and went on to take college classes. I held various professional positions and was always a hard working and dependable employee. I was a manager at FedEx for 10 years in Computer Operations and then in Customer Support. I was later selected to be a facilitator for them to train employees for management. When I lost my job with FedEx I made the worst mistake of my life and became involved in criminal activities. I had never used or sold drugs before and I got in over my head. I'm not trying to portray myself as a victim because I chose the easy way out of my financial problems. I deeply regret making those terrible choices. The choices I have made since coming to prison have been vastly different.

I have been housed at FCI Aliceville for over three years. My warden here and other prison staff members have written letters about my positive contributions to this prison. I was housed at FMC Carswell for 15 years and also received numerous accolades and awards from staff there. I have accomplished at every prison I've been at what has been termed as "extraordinary rehabilitation" and maintained 100% clear conduct.

Some people say, never say never. But I can say, I will NEVER become involved in criminal activities again! Instead I will work hard to deter others on the outside from committing crimes, just as I have worked hard to deter women on the inside from committing crimes when they go home. I have so much to offer to our community and I have gained insights that will be of great value to those who want meaningful change in life.

I am humbly asking you for a second chance in life to be a productive citizen again and restored to my family. If there was anything else I could do to prove that I'm worthy of a second chance in life, I would do it. Judge Mays I am pleading with you to have mercy on me by granting my motion and resentencing me to 240 months. I promise you will not be disappointed and you can be assured that I will be that one who will make a difference in society for good.

I pray that you will be greatly blessed and I thank you for taking the time to read this letter.

Sincerely,

*Alice M. Johnson*
Alice Marie Johnson
14873-076
Federal Correctional Institution - Aliceville
P.O. Box 4000
Aliceville, AL 35442

Alice M Johnson
14873-076 - Aliceville
Federal Correctional Institution
P.O. Box 4000, Unit B-4
Aliceville, AL 35442
United States

RECEIVED
17 FEB 24 PM 12: 58
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

⇔14873-076⇔
Jdg Samuel H Mays
Western District of TN
167 N MAIN ST
District Court
Memphis, TN 38103
United States

BIRMINGHAM AL 350
22 FEB 2017 PM 5 L

FEB 24 2017

38103-183186