RECEIVED
17 JUL -7 PM 2:07
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

June 27, 2017

Dear Judge Mays,

I pray that this letter finds you well and in great health. My name is Alice Marie Johnson and I currently have a motion for a sentence reduction pending that is on the docket. Judge Mays you have within your power, with the stroke of your pen, to set me free after almost 21 years of incarceration on a non-violent drug charge.

If only you could speak with the staff, inmates and members of ministry here at FCI Aliceville, they would tell you how I've affected lives and contributed to this community. I'm not writing to boast of my accomplishments. I'm writing as a mother, grandmother and great grandmother pleading for mercy. I'm begging you to restore me to my family by granting my motion to reduce my sentence to 240 months.

The former head chaplain of the Bureau of Prisons, (who was my former boss at FMC Carswell), Joseph Pryor stated that "if he could release one prisoner who had changed, it would be Alice Johnson". Every actor has to lay down their part at some point. This is not an act for me. I could not maintain a charade for this long. My life has changed for real. I made a terrible mistake over two decades ago, which I have paid dearly for. I have lost my mother and father and a sister. I could not attend either one of their funerals because of my life sentence. My grandchildren only know me through prison communications.

At 62 years old I am now closer to heaven than I am to earth. It would be beyond a dream come true for my entire family — my freedom. When I was denied clemency in January of this year, the US Attorney, Mr. Stanton wrote a letter on my behalf asking the Pardon Attorney to reconsider and grant my clemency petition. After reviewing my prison records and reading of my accomplishments Mr. Stanton agreed that I had served enough time and should be set free.

Judge Mays I'm writing this letter with tears falling and my heart full of pain. I'm a broken woman. More time in prison cannot accomplish more justice. "Mercy triumphs over judgment" (James 2:13) I humbly pray for mercy.

Sincerely,
Alice M. Johnson
14873-076, reg. #