IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                         Cr. No. 94-20256-02-SHM

**ALICE M. JOHNSON,**

    **Defendant.**

---

### ORDER DIRECTING UNITED STATES TO RESPOND

---

Before the Court is defendant's February 3, 2017 motion pursuant to 18 U.S.C. § 3582(c)(2) for reduction in sentence under the 2014 Retroactive Drug Amendment (D.E. 975) and the proposed supplement to the motion filed on February 21, 2017 (D.E. 976).

IT IS ORDERED that the United States file a response to the motion and supplement within fourteen (14) days from the entry of this order.  Petitioner may file a reply within fourteen (14) days after the filing of the United States' response.

ENTERED this 30th day of August, 2017.

                                                *s/  Samuel H. Mays, Jr.*
                                              SAMUEL H. MAYS, JR.
                                              UNITED STATES DISTRICT JUDGE