October 24, 2017

94-20256

RECEIVED
17 OCT 31 PM 2: 07
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Honorable Samuel H. Mays

167 North Main, Ste 1111

Memphis, TN  38103

Dear Judge Mays,

My name is Randall Wade. I am a retired Deputy Sheriff of twenty-five years. I also served as the Director for Congressman Steve Cohen. I am writing on behalf of Alice Marie Johnson, who is serving a life sentence for a non-violent drug offense at the Aliceville Federal Prison, located in Aliceville, Alabama. She was convicted by a jury and has served over twenty-one years for this offense. She is a model inmate and has received letters of recommendation from Congressman Bennie Thompson, Steve Cohen, NAACP, current prison warden at Aliceville Correctional Facility, as well as the former Western District US Attorney Ed Stanton III, and the list goes on. Miss Johnson has an outstanding record and serves other inmates as a mentor. She would be a great asset to this community as well as her family. I've known her and her family for many years. Her sister and I have worked together for many years when she was with the Memphis Police Department as a Major.

Judge Mays, I am respectfully requesting your careful consideration to fully grant Alice Johnson's motion for sentence reduction from life to 240 months, as requested by her attorney, Marcia Shein.

Respectfully yours,

Randall L. Wade

Randall Wade

4399 Cottonwood Rd.

Memphis, TN  38118